IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Mary Aky Quadey
3730 Bel Pre Road unit 9
Silver Spring MD 20906

* Predictor, Inventor & Evangelist

(Full name and address of the plaintiff)
**Plaintiff(s)**

vs.

Mr. J. D. Jackson
Actual name Mr. Joseph Manley
16501 Shady Grove Road
Gaithersburg MD 20898

(Full name and address of the defendant(s))
**Defendant(s)**

Civil No.: PJM10CV1510
(Leave blank. To be filled in by Court.)

___ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

JUN 07 2010

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

* * * * * *

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☐ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☑ Other (explain) Death Warrant against Mr. J.D. Jackson actual name Mr. Joseph Manley. He sold my body parts.

2. The facts of this case are:

(2) He caused hurt to my body system.

(3) I request for pass

Please contact Police head quaters for more information from the Conference forum.

Please order Mr. Joseph Mortey to release my compensation wealth.

3. The relief I want the court to order is:

☑ Damages in the amount of: *Amount wealth to the damage.*

☐ An injunction ordering: _____

_____

☐ Other (explain) _____

_____

*(original signature of plaintiff)*

3730 Bel Pre road Unit 9

Silver Spring MD 20906

*(address of plaintiff)*

## Privacy Rules and Judicial Conference Privacy Policy

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.